**FILED**

04/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0265

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0265

_____

VINCENT ARTHUR SHEPARD, individually,
VINCENT ARTHUR SHEPARD, as Guardian on
behalf of VINNEY SHEPARD, JR., LEELAND
SHEPARD, Minors, VINCENT ARTHUR SHEPARD
as husband of STEPHANIE NICOLE PARKER,
(deceased),

      Plaintiffs and Appellants.                       O R D E R

    v.

FARMERS INSURANCE EXCHANGE and STATE
FARM FIRE AND CASUALTY COMPANY and
JOHN DOES A, B, C, D, E, F, G,

      Defendants and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable James A. Manley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 15 2020